IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH GENE MONTGOMERY,

      Plaintiff,                      No. CIV S-11-3304 GGH P

   vs.

SGT. BROOKS, et al.

      Defendants.                <u>ORDER</u>

_____/

        Plaintiff proceeds in this action with counsel pursuant to 42 U.S.C. § 1983. The parties have filed a stipulation and proposed order extending time to conduct discovery. They seek to extend the discovery cutoff from November 26, 2012 to February 26, 2013. This proposal interferes with the current deadline for pretrial motions, however, which is February 14, 2013. <u>See</u> Dkt. no. 38. Therefore, the parties' request will be granted, and the pretrial motion deadline will also be extended.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The stipulation and proposed order, filed November 19, 2012 (dkt. no. 39), is granted;

        2. The discovery deadline is continued to February 26, 2013;

\\\\\

1

3. Pretrial motions shall be filed by May 9, 2013. The remainder of the August 22, 2012 scheduling order remains in effect.

DATED: November 28, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH/076
mont3304.stip