Catherine Sempepos, SBN: 216901
Law Offices of Catherine Sempepos
1804 Garnet Avenue, suite 393
San Diego, CA 92109
Phone: (619) 320-5090; FAX: (888) 794-5904
attorneynorcal@gmail.com
Attorney for Plaintiff
KENNETH MONTGOMERY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Kenneth Gene Montgomery,** | )<br>)<br>) |
| **Plaintiff** | )<br>) **Case No.: 2:11-CV-03304-GGH P** |
| **v.** | )<br>) **STIPULATION OF DISMISSAL** |
| **Sergeant Brooks, Correctional Officer Parker, sued in their individual capacities, and Does 5 – 100, inclusive,** | )<br>)<br>)<br>) |
| **Defendants** | )<br>) |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P.41(a)(1), plaintiff voluntarily

Dismisses the above-captioned action against defendants Sergeant Brooks, Correctional Officer

Parker, sued in their individual capacities, and Does 5 – 100, inclusive, without prejudice.

Plaintiff represents that he has not and will not receive any payment, direct or indirect, in

STIPULATION - 1

connection with the dismissal of the action.

**IT IS HEREBY STIPULATED** by and between Plaintiff Ken Montgomery and Respondent Sgt. Brooks that the plaintiff voluntarily dismisses this action without prejudice.

Dated: 1-15-13

By:
/s/ Catherine Sempepos
Catherine Sempepos,
Attorney for Plaintiff,
　　　KENNETH GENE MONTGOMERY

Dated  1-17-13
By:
/s/Michael G. Lee,
Michael G. Lee,
Attorney for Defendants,
　　　SERGEANT BROOKS, et al.

**IT IS SO ORDERED**     /s/ Gregory G. Hollows
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Gregory G. Hollows
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

　　　　　　　　　　　　　　　January 24, 2013
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　DATE